IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES EDWARD COOLEY, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 2:13-CV-0875-TMH |
| | ) | [WO] |
| CHERYL PRICE, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

Before the court are the Magistrate Judge's Recommendation (Doc. # 8) and Petitioner Charles Edward Cooley, Jr.'s General Objection (Doc. # 9). Upon an independent and *de novo* review of the Recommendation, 28 U.S.C. § 636(b)(1), it is ORDERED as follows:

1. Petitioner's General Objection (Doc. # 9) to the Recommendation of the Magistrate Judge (Doc. # 8) is OVERRULED to the extent that Petitioner actually objects to a transfer of this action to the United States District Court for the Southern District of Alabama[1];

2. The Recommendation of the Magistrate Judge (Doc. # 8) is ADOPTED;

---

[1] Although Petitioner styled his filing as a General Objection, he asserts therein that "he is satisfied with the Recommendation of the honorable Magistrate Judge . . . ." (Doc. # 9.)

3. This action is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1631.

DONE this 6th day of March, 2014.

                                        /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE